UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALLEN ERNEST BORNE                                    CIVIL ACTION

VERSUS                                                NO. 09-4457

MICHAEL J. ASTRUE, COMMISSIONER                       SECTION "C" (2)
OF SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE